IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Wecan Transport, Inc.,              :
                    Appellant      :
                                   :
        v.                         :        No. 292 C.D. 2022
                                   :
York County Tax Claim Bureau and   :
Konstantinos G. Sgagias            :

**PER CURIAM**                    **O R D E R**

NOW, April 11, 2023, having considered Appellant's application for reargument, the application is DENIED.